# Court of Appeals of the State of Georgia

ATLANTA,  October 15, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0527. COLLEEN KIEFER v. SPRING OAKS CAPITAL SPV, LLC.

Spring Oaks Capital SPV, LLC sued Colleen Kiefer for breach of contract. Spring Oaks later moved for summary judgment, and the trial court granted the motion and entered judgment in favor of Spring Oaks for $6,548.27. Kiefer appeals directly to this Court, but we lack jurisdiction.

Appeals in actions for damages in which the judgment is $10,000 or less must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (6), (b); *Pathfinder Payment Solutions v. Global Payments Direct*, 344 Ga. App. 490, 490–91 (810 SE2d 653) (2018). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Kiefer's failure to comply with the discretionary appeals procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  10/15/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*